**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-1193**

───────────────

WALTER E. CHILDRESS,

Plaintiff - Appellant,

versus

APPALACHIAN POWER COMPANY,

Defendant - Appellee,

and

BARRY L. SNODGRASS, Appalachian Power Company
Division Manager, Lynchburg Division,

Defendant.

───────────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Lynchburg.  Norman K. Moon, District Judge.
(CA-94-46-L)

───────────────

Submitted:  July 31, 2000          Decided:  September 14, 2000

───────────────

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Walter E. Childress, Appellant Pro Se.  Frank Kenneth Friedman, Thomas Meredith Winn, III, WOODS, ROGERS & HAZELGROVE, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter L. Childress appeals the district court's order granting Appalachian Power Company's motion for summary judgment in his claim under the Americans with Disabilities Act.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Childress v. Appalachian Power Co., No. CA-94-46-L (W.D. Va. Jan. 13, 2000).  We deny Childress' motion for appointment of counsel, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED